**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **LAUREN BERTRAM, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, CHIROSTPHER BERTRAM, JULIAN BERTRAM AND ALEXANDER BERTRAM** <br> **Plaintiffs** | **:** | **CIVIL ACTION NO. 2:19-CV-1478** |
| **VS.** | **:** | **JUDGE CAIN** |
| **PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, EMPIRE NATIONAL, INC., RIVERSIDE TRANSPORT, INC. AND JUSTIN ANTHONY CHONG** <br> **Defendants** | **:** | **MAGISTRATE JUDGE KAY** |

**FIRST AMENDED AND RESTATED COMPLAINT**

LAUREN BERTRAM, CHRISTOPHER BERTRAM, JULIAN BERTRAM AND ALEXANDER BERTRAM, Plaintiff in this cause, file this First Amended and Restated Complaint against PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, EMPIRE NATIONAL, INC., AND JUSTIN ANTHONY CHONG seeking damages arising out of personal injuries.

**A. PARTIES**

1. Plaintiffs, LAUREN BERTRAM, CHIROSTPHER BERTRAM, JULIAN BERTRAM AND ALEXANDER BERTRAM, are individuals that are citizens of the State of Louisana.

2. Defendant PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY is a foreign insurance company not authorized to do business in Louisiana, which may be served at its principal place of business pursuant to Louisiana Long Arm Statute, P.O. Box 94739, Cleveland, OH 44101;

3. Defendant EMPIRE NATIONAL, INC. is a a foreign company with its principal place of business in Henderson County, North Carolina, which may be served pursuant to Louisiana Long Arm Statute through Svitlana Samonik, 4600 Hendersonville Road, Suite D, Fletcher, NC 28732.

4. Defendant JUSTIN ANTHONY CHONG is a person of the full age of majority and a resident of Manchester, Carroll County, Maryland, who may be served at 3058 Monroe Street, Manchester, MD 21102.

**B. JURISDICTION**

5. The Court has jurisdiction over this lawsuit under 28 U.S.C. § 1332(a)(1) because plaintiffs and defendants are citizens of different U.S. states and thus complete diversity exists, and the amount in controversy exceeds $75,000.00, excluding interest and costs.

**C. VENUE**

6. Venue is proper in this district under 28 U.S.C. § 1391(b)(1) because a substantial part of the events or omissions giving rise to this claim occurred in this district. A tractor trailer owned and/or operated by the defendants was involved in a motor vehicle crash with Stephen Duane Bertram that occurred on Interstate Highway 10 westbound ("I-10 West") approximately four (4) miles west of Vinton in Calcasieu Parish, Louisiana.

**D. FACTS**

7. Defendants herein are justly and truly indebted unto petitioners, LAUREN BERTRAM, CHRISTOPHER BERTRAM, and JULIAN BERTRAM and ALEXANDER BERTRAM, for such damages as will fully and fairly compensate petitioners, which sums exceed $75,000.00

together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings.

8. On or about July 16, 2019, at approximately 6:30 p.m., Stephen Duane Bertram was the operator of a certain motor vehicle, namely a 2011 Chevrolet Traverse bearing Louisiana license plate number YBE715, which was lawfully and properly traveling in the right lane of Interstate Highway 10 westbound ("I-10 West") approximately four (4) miles west of Vinton in Calcasieu Parish, Louisiana.

9. At the aforesaid time and place, defendants Empire National, Inc. and/or Justin Anthony Chong owned, managed, possessed, operated and/or controlled a certain motor vehicle, namely a 2013 Freightline Cascadia 125 tractor bearing North Carolina license plate number MX4349 and a 2017 Great Dane trailer containing approximately 16,245 pounds of improperly secured paper product, and bearing Oklahoma license plate number 3689LD.

10. At approximately 6:27 p.m., defendant Justin AnthonyChong, who was headed eastbound on Interstate 10 near mile marker 3.8, allegedly experienced a blow out on his front driver's side tire. He lost control of his truck and trailer and stayed in his lane of traffic for approximately 106 feet and 10 inches. Mr. Chong then crossed the solid yellow no passing line, crossed over the paved north shoulder of I-10 eastbound, and exited the roadway left into the grassy median north of I-10 Eastbound. He traveled in the grassy median for approximately 300 feet and 4 inches.

11. Mr. Chong continued in a northeasterly direction onto the paved roadway of I-10 westbound into the westbound travel lanes and oncoming traffic.

12. The Chong tractor trailer ultimately struck a 2009 Chevrolet Silverado driven by Zachary N. Flessner and subsequently a 2011 Chevrolet Traverse vehicle driven by Stephen Duane

Bertram, both of which were traveling in the westbound lanes of I-10 with Bertram vehicle in the middle or number two travel lane.

13. Despite Mr. Bertram performing evasive maneuvers, the tractor trailer collided with his vehicle in the north shouder of I-10 westbound essentially head on at the front driver's side causing severe damage to the vehicle resulting in Mr. Bertam being fully ejected from the vehicle while still belted in the driver's side seat. He sustained catastrophic injuries that resulted in his death at the scene.

14. Defendant JUSTIN ANTHONY CHONG was charged by the Louisiana State Police with careless operation of a motor vehicle (La. R.S. § 32:58).

15. As a result of the aforesaid collision, Stephen Duane Betram suffered catastrophic injuries resulting in his death. The plaintiffs, his surving spouse and chidren, sustained damages that are more specifically set forth hereinafter.

16. At all times mentioned herein and material hereto, defendant JUSTIN ANTHONY CHONG was driving/operating the aforesaid motor vehicle which was owned and maintained by defendant EMPIRE NATIONAL, INC. with said defendant's knowledge, permission and consent.

17. Upon information and belief, at all times mentioned herein and material hereto, the 2013 Freightline Cascadia tractor bearing VIN #1FUJGLBG5DLFB3946 and North Carolina license plate number MX4349 and a 2017 Great Dane trailer bearing Oklahoma license plate number 3689LD had in effect an insurance policy issued by Progressive Southeastern Insurance Company.

COUNT I: NEGLIGENCE OF JUSTIN ANTHONY CHONG:

Plaintiffs complain against defendant JUSTIN ANTHONY CHONG and for a first claim for relief allege:

18. Plaintiffs incorporate by reference all preceding paragraphs of this Complaint, the same as fully set forth hereinafter.

19. Defendant JUSTIN ANTHONY CHONG was careless and negligent in:

a. Failing to observe safe driving precautions and procedures under all of the circumstances;

b. Failure to maintain control of the tractor trailer;

c. Operating said motor vehicle in a careless and negligent manner;

d. Failing to exercise reasonable care under all the circumstances; and

e. Acting negligent *per se* by violating state and federal statutes and regulations, including, but not limited to, La. R.S. § 32:58 (careless operation of a motor vehicle) which was the legal causes of the crash.

f. In failing to have the required knowledge and skills to operate a commercial motor vehicle as required by FMCSR __383.10 and FMCSR __383.111.

COUNT II: NEGLIGENCE OF EMPIRE NATIONAL, INC.

Plaintiffs complain against defendant EMPIRE NATIONAL, INC. and for a second claim for relief allege:

20. Plaintiffs incorporate by reference all preceding paragraphs of this Complaint, the same as fully set forth hereinafter.

21. Defendant EMPIRE NATIONAL, INC. was careless and negligent in:

a. Failing to properly train Justin Anthony Chong on the manner in which he should have safely and properly maintained control of tractor trailer;

b. Failing to have proper policies and procedures in place for training its drivers on how they should maintain control of their truck in the event of a tire failure or blow out;

c. Failing to have policies and procedures in place to ensure that drivers-in-training could safely operate tractors;

d. Failing to ensure that Mr. Chong observed safe driving precautions and procedures;.

e. Permitting Mr.Chong to operate a motor vehicle despite violating state and federal statutes and regulations, including La. R.S. § 32:58 (careless operation of a motor vehicle), which were the legal causes of the crash;

f. Hiring a driver who it knew or should have known was incompetent and unfit.

g. Entrusting its vehicle to Mr. Chong who was incompetent, reckless and careless.

22. At all times material hereto, defendant EMPIRE NATIONAL, INC. knew or should have known that defendant JUSTIN ANTHONY CHONG was unable to safely and properly operate the vehicle in question.

23. Defendant EMPIRE NATIONAL, INC. failed to make a proper inquiry into the background of defendant JUSTIN ANTHONY CHONG in order to properly determine if he was capable of safely driving the aforesaid tractor and trailer.

24. Defendant EMPIRE NATIONAL, INC. failed to properly monitor and maintain the vehicle and trailer, so as to be in a position to prevent unsafe drivers, such as defendant JUSTIN ANTHONY CHONG, from operating defendants' vehicle and trailer.

25. Defendant EMPIRE NATIONAL, INC. failed to ensure that the trailer was properly loaded, which it was not, and thus created an unsafe condition.

26. Pursuant to 40 CFR § 390.5 of the Federal Motor Carrier Safety Adminstration (FMCSA), defendant EMPIRE NATIONAL, INC. was the employer of defendant Justin Anthony Chong and is vicariously liable for his acts and ommisons while in the course and scope of his employment under Louisana law pursuant to respondeat superior.

## E. DAMAGES

27. By reason of the carelessness and negligence of defendants EMPIRE NATIONAL, INC. and JUSTIN ANTHONY CHONG, plaintiffs sustained and make a claim for damages which include, but are not limited to, the following:

1) Loss of love, affection, and companionship;

2) Loss of support;

3) Loss of services;

4) Mental pain, suffering and distress;

5) Medical expenses;

6) Funeral expenses;

7) Property damage and

8) Any and all other damages to which they are entitled or may be entitled under Louisiana law.

28. Plainiffs further assert a survival claim for the suffering and damages sustained by Stephen Bertram from the time of injury to the moment of his death.

**WHEREFORE**, plaintiffs, LAUREN BERTRAM, CHRISTOPHER BERTRAM, and JULIAN BERTRAM and ALEXANDER BERTRAM, pray that:

I. Defendants be duly cited to appear and answer this petition and they be served with a copy of this First Amended and Restated Complaint;

II. There be judgment in favor of plaintiffs and against all defendants for such damages as are reasonable in the premises together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings and

III. For all orders and decrees necessary in the premises; and for full, general and equitable relief.

BY THEIR ATTORNEYS:

/s/ J. ROCK PALERMO III

**JERE JAY BICE** (Bar Roll No. 18793)
**J. ROCK PALERMO III** (Bar Roll No. 21793)
**MICHAEL G. HODGKINS** (Bar Roll No. 20862)
**PEYTON F. PAWLICKI** (Bar Roll No. #37826)
Veron, Bice, Palermo & Wilson, LLC
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602
Telephone: (337) 310-1600
Fax: (337) 310-1601