UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| LAUREN BERTRAM, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, CHRISTOPHER BERTRAM, JULIAN BERTRAM AND ALEXANDER BERTRAM | CIVIL ACTION NO.: 2:19-CV-1478 |
| VERSUS | JUDGE CAIN |
| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, EMPIRE NATIONAL, INC., RIVERSIDE TRANSPORT, INC. AND JUSTIN ANTHONY CHONG | MAGISTRATE JUDGE KAY |

******************************************************************************

**ANSWER TO FIRST AMENDED AND RESTATED COMPLAINT AND JURY REQUEST**

Progressive Southeastern Insurance Company ("Progressive") and Empire National, Inc. ("Empire") respond to the First Amended and Restated Complaint as follows:

1.

Without knowledge or information sufficient to form a belief as to the truth of the introductory paragraph.

2.

Paragraph 1 is denied for lack of sufficient information to justify a belief therein

3.

Paragraphs 2 and 3 are admitted.

4.

Paragraph 4 is denied for lack of sufficient information to justify a belief therein.

5.

Paragraph 5 is admitted.

6.

Neither admit nor deny Paragraph 6 because it is a statement of law and not an averment of fact. To the extent a response is required, the averments of fact are denied for lack of sufficient information to justify a belief therein.

7.

Paragraph 7 is denied.

8.

Paragraphs 8, 9, 10, 11, 12, 13, 14 and 15 are denied for lack of sufficient information to justify a belief therein, except to admit Justin Anthony Chong lost control of his vehicle due to an unanticipated tire blowout that as a result of his vehicle collided with a 2011 Chevrolet Traverse.

9.

Paragraph 16 is admitted.

10.

Paragraph 17 is denied, except to admit that if Progressive issued a policy of insurance it, being a written document and a binding contract, is the best evidence of its terms and conditions which are plead herein as if copied in their entirety.

11.

Paragraphs 18, 19 (a)-(f), 20, 21 (a)-(g), 22, 23, 24, 25 and 26 are denied.

12.

Paragraphs 27 (1)-(8) and 28 are denied for lack of sufficient information to justify a belief therein.

13.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs fail to state a claim upon which relief can be granted.

14.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' injuries, if any, were caused in whole or part by the fault of a third party, for whom defendants are not responsible. Specifically, the 2013 Freightliner Cascadia 125 tractor experienced a blow out due to a defect in the road caused by a third party and/or defective manufacturer of a tire which was unknown and could not reasonably be known by defendants. Further, the tractor was loaded by a third party for whom defendants have no responsibility.

15.

**THIRD AFFIRMATIVE DEFENSE**

Justin Anthony Chong was confronted with a sudden emergency.

16.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs have failed to mitigate their damages.

17.

Progressive and Empire request a trial by jury.

WHEREFORE, Progressive Southeastern Insurance Company and Empire National, Inc. pray that the plaintiffs' First Amended and Restated Complaint be dismissed with prejudice at plaintiffs' cost, and for all such general and equitable relief.

Respectfully submitted,

/s/ Ian A. Macdonald

IAN A. MACDONALD (#17664)
JONES WALKER LLP
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501
Telephone (337) 593-7600
Facsimile (337) 593-7601
Email: imacdonald@joneswalker.com

Attorneys for Progressive Southeastern Insurance Company and Empire National, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Ian A. Macdonald