**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| LAUREN BERTRAM, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, CHRISTOPHER BERTRAM, JULIAN BERTRAM AND ALEXANDER BERTRAM | : | CIVIL ACTION NO. 2:19-CV-1478 |
| VERSUS | : | JUDGE CAIN |
| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, EMPIRE NATIONAL, INC., RIVERSIDE TRANSPORT, INC. AND JUSTIN ANTHONY CHONG | : | MAGISTRATE JUDGE KAY |

**ANSWER TO SECOND AMENDED AND RESTATED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Defendant, Mallory Alexander International Logistics, Inc., ("Defendant"), which responds to Plaintiffs' Second Amended and Restated Complaint as follows:

1.

The allegations contained in the opening paragraph and paragraph numbers 7, 9, 14, 38, 41, 49, 50, 57, and 63 are denied as stated.

II.

The allegations contained in paragraph numbers 2, 3, 4, 5, 6, 12, 15, 17, 19, 20, 23, 24, 39 (a)-(j), 42 (a)-(i), 43, 44, 45, 46 (a)-(i), 48, 58, 59, 60, 61, and 62 are denied for lack of sufficient information to justify a belief therein.

III.

The allegations contained in paragraph numbers 10, 11, 13, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 47, 51 (a)-(n), 52, 53 (a)-(h), 54 (a)-(c), 55, 65 (a)-(h), 66, and the WHEREFORE paragraph are denied.

IV.

The allegations contained in paragraph number 16 are denied and denied as stated.

V.

The allegations contained in paragraph number 64 (a)-(c) are denied as stated and denied for lack of sufficient information to justify a belief therein.

VI.

Defendant prays for a trial by jury.

AND NOW, answering further, Defendant asserts the following affirmative defense:

**AFFIRMATIVE DEFENSE NO. 1**:

Defendant is not liable to the extent that the injuries and/or damages alleged, if any, were caused by the negligence, strict liability or fault of third parties for which Defendant is not liable.

WHEREFORE, Defendant prays that after due proceedings are had that Plaintiff's Second Amended and Restated Complaint, be dismissed with prejudice at Plaintiffs' cost;

FURTHER PRAYS that any recovery to which the Plaintiff may be entitled be reduced in accordance with the principles of comparative fault.

FURTHER PRAYS for a trial by jury.

PETTIETTE, ARMAND, DUNKELMAN
WOODLEY, BYRD & CROMWELL, LLP

BY: /s/ S. Michael Cooper
S. MICHAEL COOPER (#24057)
EDWIN H. BYRD, III (#19509)
CHELSEY T. COLONTONIO (#38526)

400 Texas Street, Suite 400 (71101)
P.O. Box 1786
Shreveport, Louisiana 71166-1786
(318) 221-1800
(318) 226-0390 (fax)
mcooper@padwbc.com (e-mail)
ebyrd@padwbc.com (e-mail)
ccolontonio@padwbc.com (e-mail)

ATTORNEYS FOR MALLORY ALEXANDER INTERNATIONAL LOGISTICS, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing was served on all counsel of record by filing it electronically on the Court's CM/ECF system on this the 9th day of March, 2021.

/s/ S. Michael Cooper
OF COUNSEL