**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LAUREN BERTRAM, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, CHRISTOPHER BERTRAM, JULIAN BERTRAM, AND ALEXANDER BERTRAM** | *** CIVIL ACTION NO. 2:19-CV-01478-JDC-KK** <br> ***** <br> *** SECTION: D(3)** <br> ***** <br> *** JUDGE JAMES D. CAIN, JR.** <br> ***** |
| **VERSUS** | *** MAG. JUDGE KATHLEEN KAY** <br> ***** |
| **PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, EMPIRE NATIONAL, INC., RIVERSIDE TRANSPORT, INC. AND JUSTIN ANTHONY CHONG** | ***** <br> ***** |

***************************************

**DEFENDANT BLUE GRACE LOGISTICS LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 5.6 and Federal Rule of Civil Procedure 7.1, Defendant Blue Grace Logistics LLC, formerly known as Blue Grace Group, LLC, certifies that it is a non-governmental party, does not have a parent corporation and no publicly held corporation owns ten percent or more of the stock of Blue Grace Logistics, LLC.

Respectfully submitted,

*/s/ Katharine R. Colletta*

KATHARINE R. COLLETTA (#27552)
ADELAIDA J. FERCHMIN (#29859)
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 544-6135
Email: colletta@chaffe.com
ferchmin@chaffe.com
***Attorneys for Defendant,***
***Blue Grace Logistics, Inc. A/K/A Blue Grace Group, LLC***